# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard DeMarco<br>      Debtor | BK NO. 16-03714 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Caliber Home Loans, Inc., as Servicer for LSF9 Master Participation Trust, and index same on the master mailing list.

Re: Loan # Ending In: 6162

                Respectfully submitted,

                **/s/ Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306 FAX (215) 825-6406
                Attorney for Movant/Applicant