```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03714-RNO
Richard DeMarco                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman          Page 1 of 1           Date Rcvd: Dec 08, 2016
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db             +Richard DeMarco,    18 Partridge Lane Box 198,    Rowlands, PA 18457-0198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor Richard  DeMarco markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard DeMarco<br>　　　　　　Debtor | CHAPTER 13 |
| LSF9 Master Participation Trust<br>　　　　　　Movant<br>vs.<br>Richard DeMarco<br>　　　　　　Debtor | NO. 16-03714 RNO |
| Charles J. DeHart, III Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 118 Partridge Lane, Rowland, PA 18458 a/k/a 18 Partridge Lane, Rowland, PA 18457, so as to allow Movant, LSF9 Master Participation Trust, and its successor in title to proceed its state court remedies, through but not limited to recordation of the Sheriff's Deed for Sheriff's Sale that was held on August 17, 2016 and a subsequent possessory action regarding the premises located at 118 Partridge Lane, Rowland, PA 18458 a/k/a 18 Partridge Lane, Rowland, PA 18457.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(PAR)

Dated: December 8, 2016