# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard DeMarco <br> <u>Debtor(s)</u> | BKY. NO. 16-03714 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LSF9 Master Participation Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6162

                                          Respectfully submitted,

                                          <u>**/s/ Thomas Puleo**</u>
                                          Thomas Puleo, Esquire
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406
                                          Attorney for Movant/Applicant