In re:                                                          Case No. 16-03714-RNO
Richard DeMarco                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman        Page 1 of 1          Date Rcvd: Dec 19, 2016
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db              +Richard DeMarco,    18 Partridge Lane Box 198,    Rowlands, PA 18457-0198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          ##+SELENA M. DEMARCO,   18 PARTRIDGE LANE BOX 198,   ROWLAND, PA 18457-0198
                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Joseph Angelo Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          Mark E. Moulton    on behalf of Debtor Richard  DeMarco markmoulton@moultonslaw.com,
           staff@moultonslaw.com
          Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **RICHARD DEMARCO** | : | BK. No. 5:16-03714 RNO |
| **Debtors** | : | |
| | : | **Chapter No. 13** |
| **LSF9 MASTER PARTICIPATION TRUST** | : | |
| **Movant** | : | |
| v. | : | |
| **RICHARD DEMARCO** | : | |
| **SELENA M. DEMARCO** | : | **11 U.S.C. §362 and §1301** |
| **(NON-FILING CO-MORTGAGOR)** | : | |
| and | : | |
| **CHARLES J. DEHART, III, ESQUIRE** | : | |
| **(TRUSTEE)** | : | |
| **Respondents** | : | |

### ORDER MODIFYING §362 and §1301 AUTOMATIC STAY

**AND NOW**, this 19 day of December , 2016, upon Motion of **LSF9 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **18 PARTRIDGE LANE AKA, 118 PARTRIDGE LANE, ROWLAND, PA 18457** as more fully set forth in the legal description attached to said deed, as to allow the Movant to proceed with the recording of the deed and to evict Debtor and any occupants and allow Movant to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. **§1301(c)** is hereby granted.

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge
(PAR)

Dated: December 19, 2016