```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03714-RNO
Richard DeMarco                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1           Date Rcvd: Dec 22, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db             +Richard DeMarco,    18 Partridge Lane Box 198,    Rowlands, PA 18457-0198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor Richard  DeMarco markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas I Puleo    on behalf of Creditor   LSF9 Master Participation Trust tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re   Richard DeMarco					Case No.   16-BK--3714

	Debtors.					Chapter   13

## ORDER UPON CONVERSION OF CHAPTER 13 CASE TO CASE UNDER CHAPTER 7 BY DEBTOR

IT IS ORDERED THAT:

1. The Petition previously filed by Debtor shall be converted to one under Chapter 7 of the United States Bankruptcy Code; and

2. The chapter 13 trustee within 30 days of the date of this order shall file and transmit to the United States trustee a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5); and

3. The debtors within 15 days of the date of this order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1019(1)(A) and 1007(c), if such documents have not already been filed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: December 22, 2016