```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 16-03714-RNO
Richard DeMarco                                                    Chapter 7
           Debtor           CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman              Page 1 of 2                  Date Rcvd: Jan 03, 2017
                             Form ID: 309A                Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db             +Richard DeMarco,    18 Partridge Lane Box 198,    Rowlands, PA 18457-0198
aty            +Joseph Angelo Dessoye,    Phelan Hallinan, LLP,    1617 JFK BLVD, Suite 1400,
                 Philadelphia, PA 19103-1814
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Mario John Hanyon,    Phelan Hallinan & Schmieg,    1617 JFK BLVD,    Suite 1400,
                 Philadelphia, PA 19103-1814
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
4831333        +CBNA,    PO Box 6497,    Sioux Falls, South Dakota 57117-6497
4831334        +CFSI,    Law Office of Alan R Mege, Esq,    PO Box 1426   70 East Broad Street,
                 Bethlem, PA 18016-1426
4831329        +Caliber Home Loans, IN,    PO Box 24610,    Oklahoma city, OK 73124-0610
4831336         Fidelity D&D,    110 N Blakely St,    Dunmore, PA 18512
4831337        +Financial Recoveries,    PO Box 1388,    Mt. Laurel, New Jersey 08054-7388
4831338         GE Capital Retail Bank,    B-777 Long Ridge Rd.,    Stamford, Connecticut 06905
4831339        +Highhouse Oil,    333 Erie St,    Honesdale, Pennsylvania 18431-1059
4831340        +Hillcrest Collection,    1953 Scottsville Road, Suite 100,    PO Box 2220,
                 Bowling Green, KY 42102-2220
4831341        +Hunters Ridge Property Owners Associatio,    PO Box 180,    Rowlands, PA 18457-0180
4861994        +MIDLAND FUNDING LLC,    MIDLAND CREDIT MANAGEMENT, INC,    as agent for MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
4831343        +Mark Galvin,    7358 Summit Drive,    Denver, NC 28037-9260
4831344        +Maryann Schmalzle,    Lakeview Realtors,    2543 Route 6, Ste 1,
                 Hawley, Pennsylvania 18428-7031
4831346        +Nationstar Mortgage,    PO Box 619098,    Dallas, Texas 75261-9098
4831347        +Safe Streets USA SG,    5305 Raynor Road, Suite 100,    Garner, NC 27529-6997
4831351        +Wayne County Tax Claim Bureau,    925 Court Street,    Honesdale, PA 18431-1994
4831352        +Wayne Memorial Hospital,    601 Park Street,    Honesdale, Pennsylvania 18431-1498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: markmoulton@moultonslaw.com Jan 03 2017 18:45:53     Mark E. Moulton,
                 Moulton and Moulton PC,    693 State Route 739, Suite #1,    Lords Valley, PA  18428
tr             +EDI: BMJCONWAY.COM Jan 03 2017 18:48:00      Mark J. Conway (Trustee),
                 502 South Blakely Street,    Dunmore, PA 18512-2237
ust             E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 03 2017 18:46:05      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr              EDI: RECOVERYCORP.COM Jan 03 2017 18:48:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4831325        +EDI: GMACFS.COM Jan 03 2017 18:48:00      Ally Financial,    P.O. Box 13625,
                 Philadelphia, PA 19101-3625
4844567         EDI: GMACFS.COM Jan 03 2017 18:48:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
4831326        +EDI: TSYS2.COM Jan 03 2017 18:48:00      Barclays Bank of Delaware,    PO Box 8803,
                 Wilmington, Delaware 19899-8803
4831327        +E-mail/Text: banko@berkscredit.com Jan 03 2017 18:45:59      Berks Credit & Col,
                 900 Corporate DR,    Reading, Pennsylvania 19605-3340
4831328        +EDI: HFC.COM Jan 03 2017 18:48:00      Best Buy,    PO Box 5253,
                 Carol Stream, Illinois 60197-5253
4831330        +E-mail/Text: bankruptcy@cavps.com Jan 03 2017 18:46:09      Calvary Portfolio Services,
                 PO Box 27288,    Tempe, Arizona 85285-7288
4831331        +EDI: CAPITALONE.COM Jan 03 2017 18:48:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                 Charlotte, North Carolina 28272-1083
4831332        +EDI: RMSC.COM Jan 03 2017 18:48:00      CareCredit,    PO Box 960061,
                 Orlando, Florida 32896-0061
4869204        +E-mail/Text: bankruptcy@cavps.com Jan 03 2017 18:46:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4831335        +EDI: CHASE.COM Jan 03 2017 18:48:00      Chase/Circuit City,    PO Box 15298,
                 Wilmington, DE 19850-5298
4864676        +EDI: HY11.COM Jan 03 2017 18:49:00      Hyundai Capital America DBA,    Hyundai Motor Finance,
                 PO Box 20809,    Fountain Valley, CA 92728-0809
4831342        +EDI: HY11.COM Jan 03 2017 18:49:00      Hyundai Motor Finance,    PO Box 20835,
                 Fountain Valley, California 92728-0835
4831345        +EDI: MID8.COM Jan 03 2017 18:48:00      Midland Funding,    8875 Aero Dr. STE 200,
                 San Diego, California 92123-2255
4836349        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2017 18:46:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4869981        +EDI: Q3G.COM Jan 03 2017 18:49:00      Quantum3 Group LLC as agent for,
                 Galaxy International Purchasing LLC,    PO Box 788,    Kirkland, WA 98083-0788
4832362         EDI: RECOVERYCORP.COM Jan 03 2017 18:48:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4833497         E-mail/Text: bankruptcy@bbandt.com Jan 03 2017 18:46:01      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4831349        +E-mail/Text: bankruptcy@bbandt.com Jan 03 2017 18:46:02      Sheffield Financial Co,
                6010 Golding Center Dr.,   Winston-Salem, NC 27103-9815
                                                                                        TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4831348          Selena DeMarco
4831350          Time Payment Corp
                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:
```
              Joseph Angelo Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor Richard  DeMarco markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 7
```

|  | Information to identify the case: | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Richard DeMarco** | | | Social Security number or ITIN | xxx–xx–5476 |
| | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | | Date case filed in chapter **13** **September 12, 2016** | |
| Case number: | **5:16–bk–03714–RNO** | | | Date case converted to chapter **7**  **December 22, 2016** | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard DeMarco | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 18 Partridge Lane Box 198<br>Rowlands, PA 18457 | |
| 4. | **Debtor's attorney**<br>Name and address | Mark E. Moulton<br>Moulton and Moulton PC<br>693 State Route 739, Suite #1<br>Lords Valley, PA 18428 | Contact phone 570 775–9525<br><br>Email: markmoulton@moultonslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Mark J. Conway (Trustee)<br>502 South Blakely Street<br>Dunmore, PA 18512 | Contact phone 570 343–5350<br><br>Email: PA40@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (570) 831–2500<br><br>Date: January 3, 2017 |
| 7. | **Meeting of creditors** | **February 3, 2017 at 01:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** April 4, 2017 |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                       page **2**

Case 5:16-bk-03714-RNO    Doc 42    Filed 01/05/17    Entered 01/06/17 01:11:44    Desc
Imaged Certificate of Notice    Page 4 of 4