## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

:::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-16-03714-RNO |
| | : | |
| RICHARD DeMARCO, | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::

### PRAECIPE TO WITHDRAW TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO CONVERT CASE TO A CHAPTER 13 FROM A CHAPTER 7

To the Clerk:

Kindly withdraw the Trustee's Objection to Debtor's Motion to Convert Case to a Chapter 13 From a Chapter 7 filed in the above-captioned action on February 17, 2017, (Dkt. No. 53). Debtor's counsel, Mark E. Moulton, Esquire, consents to said withdrawal.

LAW OFFICES OF MARK J. CONWAY, P.C

/s/ Mark J. Conway
Mark J. Conway, Trustee
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377
Counsel for Chapter 7 Trustee

DATED: March 2, 2017

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

:::::::::::::::::::::::::::::::::::::::::::::::::

IN RE: : CASE NO. 5-16-03714-RNO

:

**RICHARD DeMARCO,** : CHAPTER 7

:

DEBTOR. :

:::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal hereby certify that I have caused to be served this 2nd day of March, 2017, a true and correct copy of the Trustee's Withdrawal of Trustee's Objection to Debtor's Motion to Convert to Chapter 13 From Chapter 7 using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Dept. of Justice
228 Walnut Street
Suite 1190
Harrisburg, PA 17101-1722
ustpregion03.ha.ecf@usdoj.gov

Mark E. Moulton, Esq.
Moulton and Moulton PC
693 State Route 739
Suite #1
Lords Valley, PA 18428
markmoulton@moultonslaw.com

**LAW OFFICES OF MARK J. CONWAY, P.C.**

 /s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350
Facsimile (570) 343-5377