```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                     Case No. 16-03714-JJT
Richard DeMarco                                            Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5     User: REshelman          Page 1 of 1        Date Rcvd: Feb 28, 2017
                         Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
db            +Richard DeMarco,    18 Partridge Lane Box 198,    Rowlands, PA 18457-0198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
```
              Joseph Angelo Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Mark E. Moulton     on behalf of Debtor Richard  DeMarco markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark J. Conway     on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-16-03714-RNO |
| RICHARD DeMARCO, | : | CHAPTER 7 |
| DEBTOR. | : | |

## ORDER

**UPON** consideration of the Application of Mark J. Conway, Trustee ("Trustee") in the above estate, requesting authority to employ and appoint Law Offices of Mark J. Conway, P.C. under a general retainer to represent him as attorney for the Trustee, and it further appearing that no notice of hearing of said application should be given, no adverse interest having been represented, and it further appearing that Mark J. Conway is an attorney duly admitted to practice in this Court, and the Court being satisfied that Law Offices of Mark J. Conway, P.C. represents no adverse interest as an attorney for the Trustee of the Estate of the Debtor in the matters upon which it is to be engaged; that Law Offices of Mark J. Conway, P.C. employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, it is

**HEREBY ORDERED AND DECREED** that the said Mark J. Conway, as such Trustee, be and he hereby is authorized to employ Law Offices of Mark J. Conway, P.C. as attorneys under a general retainer.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(RE)

Dated: February 28, 2017