# CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

8125 ADAMS DRIVE, SUITEA
HUMMELSTOWN, PA 17036

TELEPHONE (717) 566-6097
FAX (717) 566-8313
dehartstaff@pamd13trustee.com

March 20, 2017

Clerk, United States Bankruptcy Court
PO Box 908
Harrisburg, PA 17108

IN RE: RICHARD DEMARCO
Case No.: 5:16-bk-03714JJT

Dear Sir/Madam:

I am enclosing herewith a Trustee's Motion to Convert Case in the above referenced matter.

There are no funds in the bankrupt estate from which to pay the filing fees for conversion.

Very truly yours,

/s/Liz Joyce
For Charles J DeHart, III
Standing Chapter 13 Trustee