UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RICHARD DEMARCO | : | |
|    Debtor(s) | : | CASE NO. 5:16-bk-03714JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| vs | : | |
| | : | |
| RICHARD DEMARCO | : | |
|    Respondent(s) | : | |

## WITHDRAWAL OF MOTION TO CONVERT CASE TO CHAPTER 7

AND NOW, on 3/20/17, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Convert for material default filed on or about March 20, 2017, be withdrawn. The Motion to Convert was filed in error.

                                                   Respectfully submitted

                                                   /s/ Charles J. DeHart, III
                                                 Charles J. DeHart, III
                                                 Standing Chapter 13 Trustee
                                                 8125 Adams Dr, Suite A
                                                 Hummelstown, PA 17036

CERTIFICATE OF SERVICE

AND NOW, on 3/20/17, I, Liz Joyce, from the office of Charles J. DeHart, III, Trustee, hereby certify that I served a copy of the Withdrawal Motion to Convert by first class mail, postage paid, unless filed electronically, addressed to the following:

MARK MOULTON, ESQUIRE
693 STATE ROUTE 739 STE 1
LORDS VALLEY, PA   18428-

/s/ Liz Joyce
Liz Joyce
For Charles J. DeHart, III
Standing Chapter 13 Trustee