**MOULTON & MOULTON, PC**
Attorneys at Law
Hemlock Plaza, 693 Rt. 739, Suite 1
Lords Valley, PA  18428
(570) 775-9525 - Fax (570) 775-0676
e-mail:  markmoulton@moultonslaw.com

March 24, 2017

Clerk of the Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

**Re:** **Case No.  5:16-bk-03714**
      **Correction to mailing matrix**

To the Honourable Clerk:

Kindly correct the mailing matrix for the above referenced case for the Debtor to make his address:

125 Sawkill Ave Unit K
 Milford,  PA 18337

Thank you for your attention to this matter.

Sincerely,

S/ Mark E. Moulton

Mark E. Moulton, Esquire