```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03714-JJT
Richard DeMarco                                                     Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: REshelman            Page 1 of 2           Date Rcvd: Nov 07, 2017
                             Form ID: ntcnfhrg          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db            +Richard DeMarco,   125 Sawkill Ave Unit K,   Milford, PA 18337-1115
4831326       +Barclays Bank of Delaware,   PO Box 8803,   Wilmington, Delaware 19899-8803
4831328       +Best Buy,   PO Box 5253,   Carol Stream, Illinois 60197-5253
4831333       +CBNA,   PO Box 6497,   Sioux Falls, South Dakota 57117-6497
4831334       +CFSI,   Law Office of Alan R Mege, Esq,   PO Box 1426   70 East Broad Street,
               Bethlem, PA 18016-1426
4831329       +Caliber Home Loans, IN,   PO Box 24610,   Oklahoma city, OK 73124-0610
4831331       +Capital One Bank (USA), N.A.,   P.O. Box 71083,   Charlotte, North Carolina 28272-1083
4831335       +Chase/Circuit City,   PO Box 15298,   Wilmington, DE 19850-5298
4831336        Fidelity D&D,   110 N Blakely St,   Dunmore, PA 18512
4831337       +Financial Recoveries,   PO Box 1388,   Mt. Laurel, New Jersey 08054-7388
4831338        GE Capital Retail Bank,   B-777 Long Ridge Rd.,   Stamford, Connecticut 06905
4831339       +Highhouse Oil,   333 Erie St,   Honesdale, Pennsylvania 18431-1059
4831340       +Hillcrest Collection,   1953 Scottsville Road, Suite 100,   PO Box 2220,
               Bowling Green, KY 42102-2220
4831341       +Hunters Ridge Property Owners Associatio,   PO Box 180,   Rowlands, PA 18457-0180
4831343       +Mark Galvin,   7358 Summit Drive,   Denver, NC 28037-9260
4831344       +Maryann Schmalzle,   Lakeview Realtors,   2543 Route 6, Ste 1,
               Hawley, Pennsylvania 18428-7031
4831346       +Nationstar Mortgage,   PO Box 619098,   Dallas, Texas 75261-9098
4831347       +Safe Streets USA SG,   5305 Raynor Road, Suite 100,   Garner, NC 27529-6997
4831351       +Wayne County Tax Claim Bureau,   925 Court Street,   Honesdale, PA 18431-1994
4831352       +Wayne Memorial Hospital,   601 Park Street,   Honesdale, Pennsylvania 18431-1498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2017 18:57:02
               Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
4831325       +E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2017 18:55:06     Ally Financial,
               P.O. Box 13625,   Philadelphia, PA 19101-3625
4844567        E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2017 18:55:06     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
4831327       +E-mail/Text: banko@berkscredit.com Nov 07 2017 18:55:10     Berks Credit & Col,
               900 Corporate DR,   Reading, Pennsylvania 19605-3340
4831330       +E-mail/Text: bankruptcy@cavps.com Nov 07 2017 18:55:21     Calvary Portfolio Services,
               PO Box 27288,   Tempe, Arizona 85285-7288
4831332       +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 18:56:46     CareCredit,   PO Box 960061,
               Orlando, Florida 32896-0061
4869204       +E-mail/Text: bankruptcy@cavps.com Nov 07 2017 18:55:21     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4864676       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 07 2017 18:55:26
               Hyundai Capital America DBA,   Hyundai Motor Finance,   PO Box 20809,
               Fountain Valley, CA 92728-0809
4831342       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 07 2017 18:55:26
               Hyundai Motor Finance,   PO Box 20835,   Fountain Valley, California 92728-0835
4861994       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 18:55:17      MIDLAND FUNDING LLC,
               MIDLAND CREDIT MANAGEMENT, INC,   as agent for MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
4831345       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 18:55:17      Midland Funding,
               8875 Aero Dr. STE 200,   San Diego, California 92123-2255
4836349       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2017 18:55:14
               Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
4869981       +E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2017 18:55:12
               Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
               Kirkland, WA 98083-0788
4832362        E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2017 18:57:02
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
4833497        E-mail/Text: bankruptcy@bbandt.com Nov 07 2017 18:55:12     Sheffield Financial,   PO Box 1847,
               Wilson, NC 27894-1847
4831349       +E-mail/Text: bankruptcy@bbandt.com Nov 07 2017 18:55:13     Sheffield Financial Co,
               6010 Golding Center Dr.,   Winston-Salem, NC 27103-9815
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4831348       Selena DeMarco
4831350       Time Payment Corp
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor 1 Richard  DeMarco markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Richard DeMarco  Debtor(s) | Chapter 13 |
|---|---|
| | Case No. 5:16−bk−03714−JJT |

## Notice

The confirmation hearing has been rescheduled for the Debtor on the date indicated below.

A deadline of **December 7, 2017** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Amended Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 9, 2018  Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 7, 2017 |