```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03714-JJT
Richard DeMarco                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Jan 10, 2018
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db             +Richard DeMarco,    125 Sawkill Ave Unit K,    Milford, PA 18337-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor 1 Richard  DeMarco markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Richard DeMarco | Chapter 13 |
| Debtor(s) | Case No. 5:16–bk–03714–JJT |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 24, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 10, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk