```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 16-03714-RNO
Richard DeMarco                                                       Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2         Date Rcvd: Jun 04, 2020
                              Form ID: ordsmiss            Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
```
db              #+Richard DeMarco,    125 Sawkill Ave Unit K,    Milford, PA 18337-1115
4831333          +CBNA,    PO Box 6497,    Sioux Falls, South Dakota 57117-6497
4831334          +CFSI,    Law Office of Alan R Mege, Esq,    PO Box 1426   70 East Broad Street,
                   Bethlem, PA 18016-1426
4831329          +Caliber Home Loans, IN,    PO Box 24610,    Oklahoma city, OK 73124-0610
4831336           Fidelity D&D,    110 N Blakely St,    Dunmore, PA 18512
4831337          +Financial Recoveries,    PO Box 1388,    Mt. Laurel, New Jersey 08054-7388
4831338           GE Capital Retail Bank,    B-777 Long Ridge Rd.,    Stamford, Connecticut 06905
4831339          +Highhouse Oil,    333 Erie St,    Honesdale, Pennsylvania 18431-1059
4831340          +Hillcrest Collection,    1953 Scottsville Road, Suite 100,    PO Box 2220,
                   Bowling Green, KY 42102-2220
4831341          +Hunters Ridge Property Owners Associatio,    PO Box 180,    Rowlands, PA 18457-0180
4831343          +Mark Galvin,    7358 Summit Drive,    Denver, NC 28037-9260
4831344          +Maryann Schmalzle,    Lakeview Realtors,    2543 Route 6, Ste 1,
                   Hawley, Pennsylvania 18428-7031
4831346          +Nationstar Mortgage,    PO Box 619098,    Dallas, Texas 75261-9098
4831347          +Safe Streets USA SG,    5305 Raynor Road, Suite 100,    Garner, NC 27529-6997
4831351          +Wayne County Tax Claim Bureau,    925 Court Street,    Honesdale, PA 18431-1994
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               EDI: RECOVERYCORP.COM Jun 04 2020 23:33:00      Recovery Management Systems Corporation,
                   25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4831325         +EDI: GMACFS.COM Jun 04 2020 23:33:00      Ally Financial,    P.O. Box 13625,
                   Philadelphia, PA 19101-3625
4844567          EDI: GMACFS.COM Jun 04 2020 23:33:00      Ally Financial,    PO Box 130424,
                   Roseville MN 55113-0004
4831326         +EDI: TSYS2.COM Jun 04 2020 23:33:00      Barclays Bank of Delaware,    PO Box 8803,
                   Wilmington, Delaware 19899-8803
4831327         +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 04 2020 19:39:57      Berks Credit & Col,
                   900 Corporate DR,    Reading, Pennsylvania 19605-3340
4831328         +EDI: HFC.COM Jun 04 2020 23:33:00      Best Buy,    PO Box 5253,
                   Carol Stream, Illinois 60197-5253
4831330         +E-mail/Text: bankruptcy@cavps.com Jun 04 2020 19:39:40      Calvary Portfolio Services,
                   PO Box 27288,    Tempe, Arizona 85285-7288
4831331         +EDI: CAPITALONE.COM Jun 04 2020 23:33:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                   Charlotte, North Carolina 28272-1083
4831332         +EDI: RMSC.COM Jun 04 2020 23:33:00      CareCredit,    PO Box 960061,
                   Orlando, Florida 32896-0061
4869204         +E-mail/Text: bankruptcy@cavps.com Jun 04 2020 19:39:40      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4864676         +EDI: HY11.COM Jun 04 2020 23:33:00      Hyundai Capital America DBA,    Hyundai Motor Finance,
                   PO Box 20809,    Fountain Valley, CA 92728-0809
4831342         +EDI: HY11.COM Jun 04 2020 23:33:00      Hyundai Motor Finance,    PO Box 20835,
                   Fountain Valley, California 92728-0835
4831335          EDI: JPMORGANCHASE Jun 04 2020 23:33:00      Chase/Circuit City,    PO Box 15298,
                   Wilmington, DE 19850
4861994         +EDI: MID8.COM Jun 04 2020 23:33:00      MIDLAND FUNDING LLC,    MIDLAND CREDIT MANAGEMENT, INC,
                   as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4831345         +EDI: MID8.COM Jun 04 2020 23:33:00      Midland Funding,    8875 Aero Dr. STE 200,
                   San Diego, California 92123-2255
4836349         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2020 19:39:31
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
4869981         +EDI: Q3G.COM Jun 04 2020 23:33:00      Quantum3 Group LLC as agent for,
                   Galaxy International Purchasing LLC,    PO Box 788,    Kirkland, WA 98083-0788
4832362          EDI: RECOVERYCORP.COM Jun 04 2020 23:33:00      Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4833497          E-mail/Text: bankruptcy@bbandt.com Jun 04 2020 19:39:30      Sheffield Financial,    PO Box 1847,
                   Wilson, NC 27894-1847
4831349         +E-mail/Text: bankruptcy@bbandt.com Jun 04 2020 19:39:30      Sheffield Financial Co,
                   6010 Golding Center Dr.,    Winston-Salem, NC 27103-9815
4831352         +E-mail/Text: meronem@wmh.org Jun 04 2020 19:37:39      Wayne Memorial Hospital,
                   601 Park Street,    Honesdale, Pennsylvania 18431-1498
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4831348         Selena DeMarco
4831350         Time Payment Corp
                                                                                 TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

```
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            Joseph Angelo Dessoye     on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
            Joshua I Goldman     on behalf of Creditor    LSF9 Master Participation Trust
             josh.goldman@padgettlawgroup.com,    bkgroup@kmllawgroup.com
            Mario John Hanyon     on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
            Mark E. Moulton     on behalf of Debtor 1 Richard    DeMarco markmoulton@moultonslaw.com,
             staff@moultonslaw.com
            Thomas I Puleo     on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard DeMarco,

    **Debtor 1**

Chapter 13

Case No. 5:16–bk–03714–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 4, 2020

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)