Check No. 1221269

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-01920-HWV | 999-0 | MARTHA IRENE STREMMEL<br>Original Check written to:<br>MARTHA IRENE STREMMEL<br>611 CARLISLE STREET VILLA 11<br>HANOVER, PA  17331- | | 0.00 | 68.51 | 0.00 | 68.51 |
| 15-02320-RNO | 007-0 | SCOTT H GRAHAM<br>Original Check written to:<br>POWELL ROGER & SPEAKS<br>HEGINS TOWNSHIP<br>P.O. BOX 930<br>HALIFAX, PA  17032- | 5210 | 0.00 | 176.28 | 0.00 | 176.28 |
| 15-05075-HWV | 007-0 | RONALD L. GALENTINE<br>Original Check written to:<br>ARCADIA RECOVERY BUREAU<br>PO BOX 6768<br>WYOMISSING, PA  19610- | 3117 | 0.00 | 442.41 | 0.00 | 442.41 |
| 16-03714-RNO | 999-0 | RICHARD DEMARCO<br>Original Check written to:<br>RICHARD DEMARCO<br>693 ROUTE 739<br>HAWLEY, PA  18428- | | 0.00 | 30.96 | 0.00 | 30.96 |
| 16-03940-HWV | 999-0 | LEONARD RICHARD HINTON<br>Original Check written to:<br>LEONARD RICHARD HINTON<br>2959 BALTIMORE PIKE<br>HANOVER, PA  17331 | | 0.00 | 9.89 | 0.00 | 9.89 |
| 17-04494-RNO | 999-0 | DONALD ROBERT MYERS<br>Original Check written to:<br>DONALD ROBERT MYERS and TERESA LYNN MYERS<br>131 HOLLY LYNN DR.<br>HAZLE TOWNSHIP, PA  18202-3339 | | 0.00 | 20.74 | 0.00 | 20.74 |